STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. HENRY KUNZ, DEFENDANT-PETITIONER.

*Mr. David W. Hanis* for the petitioner.

*Mr. Guy Wm. Calissi* and *Mr. Harold N. Springstead* for the respondent.

January 28, 1969. Granted.

DONALD SELWYN, PLAINTIFF-RESPONDENT, v.
ROBERT E. M. CATLETT, DEFENDANT-PETITIONER.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioner.

*Messrs. Friedman, Kates & Uscher* for the respondent.

January 28, 1969. Denied.

FRANK J FARLEY, TREASURER OF THE COUNTY OF
HUDSON, *ET AL.*, RESPONDENTS, v. $168,400.97 AND
FRANK S. TURBETT, JR., DISTRICT DIRECTOR OF
INTERNAL REVENUE, *ET AL.*, PETITIONERS.

See same case below: 102 *N. J. Super.* 579.

*Mr. David M. Satz, Jr.,* and *Messrs. Mitchell Rogovin, Meyer Rothwacks, Combie J. D. Garrett,* and *Bennet N. Hollander* of the District of Columbia Bar for the petitioners.

*Mr. William F. Kelly, Jr., Mr. Isadore Glauberman* and *Mr. Sheldon A. Weiss* for the respondents.

January 28, 1969. Granted.